No. 92–6196.  DAVIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 92–798.  ENVIRONMENTAL PROTECTION AGENCY *v.* COALITION FOR CLEAN AIR ET AL.; and

No. 92–1014.  SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS *v.* COALITION FOR CLEAN AIR ET AL.  C. A. 9th Cir.  Motion of Los Angeles Area Chamber of Commerce for leave to file a brief as *amicus curiae* in No. 92–798 granted.  Certiorari denied.  Reported below: 971 F. 2d 219.

No. 92–800.  NATIONAL AGRICULTURAL CHEMICALS ASSN. *v.* LES ET AL.  C. A. 9th Cir.  Motions of Washington Legal Foundation, American Farm Bureau Federation, American Soybean Association et al., and Grocery Manufacturers of America et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 92–830.  PENNSYLVANIA *v.* DANIELS.  Super. Ct. Pa.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 92–914.  KASSULKE, WARDEN, ET AL. *v.* FOSTER.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 92–931.  SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION, ET AL. *v.* MEEKS.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 92–1002.  CHICAGO HOUSING AUTHORITY *v.* HUNT.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 92–1018.  ESPOSITO, WARDEN *v.* HOUSTON.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.